January 7th, 2022

Dear Sir,

I received the summons for a civil action that you filed in USDC for the Western District of Texas naming me as defendant (EP22CV0006).

I have no affiliation with, nor have I ever heard of, National Tax Advisory Services. I did look online and saw that someone whose name is the same as mine is listed as the CEO of the LLC, but I assure you that it is not me. I am in no way involved with this company or the calls you may have received.

I have reached out to the court; with whom I am also sharing this communication.

Any information that you can provide to me which will assist me in resolving this situation with National Tax Advisory Services would be sincerely appreciated, as I'd also love to get to the bottom of what's going on here.

I am sorry for your inconvenience but want to plainly restate, that I was in no way responsible for these events.

Sincerely,
Matthew Levy

cc: Senior US District Judge David Briones, 525 Magoffin Avenue, El Paso, TX 79901

162 White Oak Ave,
Encino, CA
91316

79501-248449

9514 7065 8851 2007 1961 98

RETURN RECEIPT

Senior U.S. District Judge David Briones
525 Magoffin Ave,
El Paso, Texas
79901

RECD BY CSO

JAN 10 2022

RECD BY CSO

U.S. POSTAGE
$7.38
FCM LETTER
91316 0000
Date of sale
01/07/22
06 · 25SK
11486382 SS
978420107115619