| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>ERIK SALAIZ<br>ERIK SALAIZ<br>319 VALLEY FAIR WAY<br>EL PASO, TX 79907<br>    TELEPHONE NO: (915) 540-5210    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: salaiz.ep@gmail.com<br>    ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY<br># FILED<br>January 12, 2022<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: ___Michael Trujillo___<br>DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  OUT OF STATE COURT<br>  STREET ADDRESS:<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE:<br>  BRANCH NAME:  OUT OF STATE COURT | |
| PLAINTIFF / PETITIONER:  ERIK SALAIZ<br>DEFENDANT / RESPONDENT:  NATIONAL TAX ADVISORY SERVICES, LLC, ET AL. | CASE NUMBER:<br>EP22CV0006 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>6527371 (6163) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT; CIVIL COVER SHEET

3. Party served: NATIONAL TAX ADVISORY SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

4. Address where the party was served:
   21550 OXNARD ST STE 630
   WOODLAND HILLS, CA 91367

5.b. I served the party on: DATE: Jan 7, 2022  TIME: 10:13 am

   I served the party by personal service. I left the items in item 2 with the defendant personally.

   I left the documents listed in Item 2 with or in the presence of
   KEITH F ELDER-AGENT FOR SERVICE

   Physical Description: Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'7"; Hair: Gray; Eyes: Brown;

6. The "Notice to the Person Served" (on the summons) was completed as follows: NATIONAL TAX ADVISORY SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY per CCP 416.10.



7.a. ARMANDO ALONSO SANDOVAL
b. C/O United Legal
1128 E 6th St, Suite 2
Corona, CA 92879
c. 855-401-8834
d. Fee: $58.00

e. California Registered Process Server
Independent Contractor (not employee)
Registration # 20211031093
County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
DATE: 01/07/2022

_____
ARMANDO ALONSO SANDOVAL

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev, Jan 1, 2007]

Code of Civil Procedure, Sec 417.10