**FILED**

January 12, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Michael Trujillo

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **NATIONAL TAX ADVISORY SERVICES,** LLC a California Limited Liability Company, and **MATTHEW LEVY** | § | **EP-22-CV-0006-DB** |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff hereby requests the Court dismiss the case against MATTHEW LEVY without prejudice. Defendant MATTHEW LEVY has not filed an answer nor has made an appearance.

Dated January 11, 2022,              Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-490-0898
Salaiz.ep@gmail.com

**FILED**

January 12, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Michael Trujillo _____

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **NATIONAL TAX ADVISORY SERVICES,** | § | **EP-22-CV-0006-DB** |
| LLC a California Limited Liability Company, and | § | |
| **MATTHEW LEVY** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I caused a true copy of the foregoing,
**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE** to be served via electronic
mail on all counsel of record.

Dated January 11, 2022,                    Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-490-0898
Salaiz.ep@gmail.com

**RECEIVED**

January 12, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:____Michael Trujillo____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | |
| **NATIONAL TAX ADVISORY SERVICES,** § | **EP-22-CV-0006-DB** |
| **LLC** a California Limited Liability Company, and § | |
| **MATTHEW LEVY** § | |
| § | |
| **Defendants.** § | |
| § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Without Prejudice, it is this,

_____ day of _____, 2021,

**ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice be and is hereby
**GRANTED;**

**SO ORDERED**

_____

**United States District Judge**