FILED
January 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Javier Martinez_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL TAX ADVISORY SERVICES, LLC a California Limited Liability Company, and MATTHEW LEVY <br><br> Defendants. | § § § § § § § § § § § § § § §  EP-22-CV-0006-DB |

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The Plaintiff and Defendant NATIONAL TAX ADVISORY SERVICES, LLC respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendant NATIONAL TAX ADVISORY SERVICES, LLC counsel are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines related to the above-captioned matter.

January 25, 2022

Respectfully submitted,

*/s/ Erik Salaiz*

Erik Salaiz
Plaintiff, Pro-se
319 Valley Fair Way
El Paso, TX 79907
915-490-0898