# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ,<br>    Plaintiff, | § § § | |
| v. | § | EP-22-CV-06-DB |
| NATIONAL TAX ADVISORY<br>SERVICES, LLC.<br>    Defendant. | § § § § § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On January 25, 2022 Plaintiff Erik Salaiz ("Mr. Salaiz") notified the Court that the parties have "agreed in principle" to settle this case. Notice of Settlement, ECF No. 11. Mr. Salaiz states that "counsel are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal." *Id.*

Accordingly, **IT IS HEREBY ORDERED** that **on or before February 28, 2022,** Plaintiff Erik Salaiz **FILE** a Stipulation of Dismissal or **SHOW CAUSE** why the Court should not dismiss the case.

**SIGNED** this **27th** day of **January 2022.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE