FILED
January 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Javier Martinez_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| NATIONAL TAX ADVISORY SERVICES, LLC a California Limited Liability Company, and MATTHEW LEVY | § § § § | EP-22-CV-0006-DB |
| Defendants. | § § § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant NATIONAL TAX ADVISORY SERVICES, LLC have resolved their case. Plaintiff hereby requests the Court dismiss the case against NATIONAL TAX ADVISORY SERVICES, LLC with prejudice.

Dated January 28, 2022,      Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-490-0898
Salaiz.ep@gmail.com