IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-22-CV-06-DB |
| NATIONAL TAX ADVISORY<br>SERVICES, LLC, a California Limited<br>Liability Company,<br>    Defendant. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On February 7, 2022 this Court entered an order dismissing all claims in the above-captioned case. ECF No. 17. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this 8th day of **February 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE